## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ARTHUR SAWYER; JARRETT DRAKE;**
**ERIC MESCHINO, on behalf of themselves**
**and those similarly situated**
                    **Plaintiffs,**


**VERSUS**


**MONTEREY BAY AQUARIUM and**
**MARINE STEWARDSHIP COUNCIL,**

                    **Defendants.**

**CIVIL ACTION NO. 2:23-CV-00796**


**JUDGE GREG GERARD GUIDRY**


**MAG. KAREN WELLS ROBY**


## <u>ORDER</u>

CONSIDERING Defendant Monterey Bay Aquarium Foundation's Ex Parte Motion for Leave to File Supplemental Reply Memorandum in Support of Motion to Transfer Due to Improper Venue or, in the Alternative, Lack of Personal Jurisdiction (R. Doc. 19):

IT IS ORDERED that the Motion is GRANTED and that Defendant's Supplemental Reply Memorandum in Support of Motion to Transfer Due to Improper Venue or, in the Alternative, Lack of Personal Jurisdiction be filed into the record.

Signed in New Orleans, Louisiana, this 15th day of June, 2023.


HON. GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE