UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARTHUR SAWYER, ET AL                                    CIVIL ACTION

                                                        NO: 23-796
VERSUS

                                                        SECTION: "T" (4)
MONTEREY BAY AQUARIUM, ET
AL


### ORDER TO SHOW CAUSE

The complaint in this matter was filed on March 2, 2023.  The record reflects that defendant,

Marine Stewardship Council has yet to be served.

FEDERAL RULE OF CIVIL PROCEDURE 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.  This subdivision does not apply to service in a foreign country.

Accordingly,

**IT IS ORDERED** that on or before **JULY 13, 2023**, plaintiff is instructed to file proof

of service, or show good cause, in writing, why service of process has not been effected on

said defendant.  Failure to comply with this order may result in dismissal of this defendant

without further notice.

New Orleans, Louisiana, this 6th day of July, 2023.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**