# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARTHUR SAWYER; JARRETT DRAKE; ERIC MESCHINO; and BILL SOUZA, on behalf of themselves and those similarly situated, | Case No. 2:23-cv-00796 |
| | Hon. Greg Gerard Guidry |
| Plaintiffs, | |
| v. | |
| MONTEREY BAY AQUARIUM and MARINE STEWARDSHIP COUNCIL, | Mag. Karen W. Roby |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Arthur Sawyer, Jarret Drake, Eric Meschino, and Bill Souza, on behalf of themselves and those similarly situated ("Plaintiffs") and hereby dismisses their pending claims in this action against Defendant Marine Stewardship Council, without prejudice. Notice of this dismissal was filed before Defendant Marine Stewardship Council served either an answer or a motion for summary judgment, and therefore dismissal has effect without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiffs specifically reserve all claims made against the remaining defendant, Monterey Bay Aquarium Foundation.

1

|  |  |
|---|---|
|  | **ECKLAND & BLANDO, LLP** |
| Dated: July 12, 2023 | /s/ Kristin K. Robbins |
|  | Kristin K. Robbins, Esq. (La. Bar No. 31303) |
|  | Energy Centre Building |
|  | 1100 Poydras Street Suite 2900 |
|  | New Orleans, LA 70163 |
|  | Tel: (504) 662-1594 |
|  | Facsimile: (612) 236-0719 |
|  | krobbins@ecklandblando.com |
|  |  |
|  | /s/Samuel P. Blatchley |
|  | Samuel P. Blatchley* (BBO No. 670232) |
|  | (*Pro Hac Vice*) |
|  | 22 Boston Wharf Road |
|  | 7th Floor |
|  | Boston, MA 02210 |
|  | (612)-236-0160 |
|  | sblatchley@ecklandblando.com |
|  |  |
|  | *Attorneys for Plaintiffs and Presumptive Class* |